THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LENDELL GERSBACHER, Defendant-Appellant.

(No. 73-386; ▮▮▮▮▮▮▮▮▮

Fifth District—September 11, 1974.

*Rehearing denied October 30, 1974.*

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Kenneth L. Jones, of State Appellate Defender's Office, of Chicago, for appellant.

Donald E. Irvin, State's Attorney, of Mt. Vernon, for the People.